IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEPHEN BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 07-3317 |
| | ) | |
| SERGEANT BRIAN CAREY, 4054, Correctional Division, Sangamon County Sheriff's Department, Sangamon County, Illinois, M. CURRY, Officer, Correctional Division, Sangamon County Sheriff's Department, Sangamon County, Illinois, SERGEANT GUY, 2567, Correctional Division, Sangamon County Sheriff's Department, Sangamon County, Illinois, NEIL WILLIAMSON, Sheriff, Sangamon County, Illinois and SANGAMON COUNTY, ILLINOIS, a Body Politic, | ) | Magistrate Judge Bryon G. Cudmore |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SERGEANT BRIAN CAREY, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN BLACK, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## **RESPONSE OF PLAINTIFF TO DEFENDANTS' COUNTER-PLAINTIFF'S MOTION IN LIMINE**

NOW COMES the Plaintiff-Counter-Defendant, STEPHEN BLACK, by and through his counsel, Michael J. Costello, and for his Response to Defendants' Counter-Plaintiff's Motion in Limine, respectfully states as follows:

1. Plaintiff agrees with paragraph 1.

2.      Plaintiff objects to paragraph 2 for the exclusion of the reason for his arrest because it is part and partial of the ongoing transaction leading to the alleged injury in this case.

3.      Plaintiff objects to paragraph 3 in that the reference of the delinquency of his child support is part and partial of the ongoing transaction leading to the alleged injury in this case.

4.      Plaintiff objects to paragraph 4 in that any reference to a criminal trial will be necessary in the event of impeachment of parties during the trial because reference must be made as to the statements under oath and when and how they were made. Further, the insistence by the Defendants of criminal charges being brought are admissible which demonstrates that they sought to protect themselves from this very cause of action.

5.      Plaintiff objects to paragraph 5 in that a reference that he was acquitted in the criminal trial for the reasons referenced in paragraph 4, *ibid.* The criminal trial and his acquittal are relevant.

6.      Plaintiff objects to paragraph 6, to any reference of loss of income because it is an element of damage in a cause under 28 U.S.C. § 1983, *et. seq.*

7.      Plaintiff objects to paragraph 7 because any prior course of conduct resulting in interference or improper action with an inmate's rights shows a prior course of conduct which is admissible in this cause.

8.      Plaintiff objects to paragraph 8 in that the absence of a videotape is a fact for the jury to consider because an inference can be made that the Defendants deliberately violated the constitutional rights of the Plaintiff because they were operating in secret.

9. Plaintiff objects to paragraph 9 in that a taser is commonly called a cattle prod by the general populous and the term is admissible.

10. Plaintiff objects to paragraph 10 to any reference to the failure to pay child support because it is not a crime under the laws of South Carolina and the Court can take judicial notice under full faith and credit to be given to laws of each State.

11. Plaintiff objects to paragraph 11 to the Defendants attempt to preclude impeachment made in another proceeding which is contrary to the Federal Rules of Evidence and legal authorities.

12. Plaintiff objects to paragraph 12 as to the exclusion of pain and symptoms made by the Plaintiff because the testimony of the Plaintiff of the physical, emotional, and mental condition is permissible in this cause of action involving excessive force.

13. Plaintiff agrees with paragraph 13.

14. Plaintiff agrees with paragraph 14; however, if any witnesses of the Defendants testify contrary to establish policy or operation of a taser, the Plaintiff will seek to impeach by the use of books and treatises on this subject.

STEPHEN BLACK,
Plaintiff-Counter-Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street, First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 5th day of November, 2009.

D. Bradley Blodgett
Hinshaw & Culbertson, LLP
400 South Ninth Street, Suite 200
Springfield, Illinois 62701
bblodgett@hinshawlaw.com

                                              s/ Michael J. Costello
                                              Michael J. Costello Bar Number 522627
                                              Attorney for the Plaintiff
                                              Costello Law Office
                                              820 South Second Street, First Floor
                                              Springfield, Illinois 62704
                                              Telephone No.: (217) 544-5500
                                              Fax No.:  (217) 544-7500
                                              costello.m@sbcglobal.net